IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RUMALDO SOLIS | § | |
| VS. | § | CIVIL ACTION NO. 1:05cv261 |
| ROBERT L. BEHRNS, ET AL. | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Rumaldo Solis, an inmate at the Federal Correctional Complex, proceeding *pro se*, brought this lawsuit against Robert L. Behrns, the University of Texas Medical Branch, Harley G. Lappin, Ronald G. Thompson, Robert D. Miles, Rudy Childress, Tom Boyett, Jim Premo, C. Cox, Calvin Deherrera, and John Wombel.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends this action be dismissed without prejudice for want of prosecution.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate

judge is **ADOPTED**.  A final judgment will be entered in this case in
accordance with the magistrate judge's recommendations.

**SIGNED** this the 8  day of **May, 2007.**

Thad Heartfield
United States District Judge